**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jacob | C. | McNary |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Danielle | L. | McNary |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number _____
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7       12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Best Buy Credit Services<br><br>Description of property securing debt: Computer from Best Buy | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>■ Yes |
| Creditor's name: Mr. Cooper<br><br>Description of property securing debt: 4731 Cullen Ave Springfield, OH 45503  Clark County Auditor's Value = $89,690 | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>■ Yes |
| Creditor's name: Wright Patt Credit Union<br><br>Description of property securing debt: 2016 Chevrolet Equinox 23,000 miles | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |

Debtor 1    Jacob C. McNary
Debtor 2    Danielle L. McNary                                              Case number (*if known*)

property securing debt:    Edmunds Clean PPV = $14,589         ☐ Retain the property and [explain]:

### Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:    Hyundai Motor Finance Co. | ■ No |
|  | ☐ Yes |
| Description of leased Property:    2018 Hyundai Tucson - $377.78/mo  6/2018 - 6/2021 | |

Debtor 1   Jacob C. McNary
Debtor 2   Danielle L. McNary                                                      Case number (*if known*)

## Part 3:   Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**X**   /s/ Jacob C. McNary                              **X**   /s/ Danielle L. McNary
        Jacob C. McNary                                          Danielle L. McNary
        Signature of Debtor 1                                    Signature of Debtor 2

        Date   November 19, 2018                         Date   November 19, 2018

<u>CERTIFICATE OF SERVICE</u>

I certify that on November 20, 2018, a copy of:

**CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

**was served electronically through the Court's ECF System on all ECF participants registered in this case at the email address registered with the Court,**

**and on the following by ORDINARY FIRST CLASS MAIL addressed to:**

JACOB C MCNARY
3308 VINEYARD ST
SPRINGFIELD OH  45503

DANIELLE L MCNARY
4731 CULLEN AVE
SPRINGFIELD OH  45503

BEST BUY CREDIT SERVICES
PO BOX 790441
SAINT LOUIS MO  63179

MR. COOPER
8950 CYPRESS WATERS BLVD
COPPELL TX  75019

WRIGHT PATT CU
3560 PENTAGON BLVD
BEAVERCREEK OH  45431

HYUNDAI MOTOR FINANCE CO.
PO BOX 20829
FOUNTAIN VALLEY CA  92728

/s/ David M. Hollingsworth
David M. Hollingsworth #0011343
Attorney for Debtor(s)
PO Box 52
Enon OH  45323
Phone (937) 864-2924
FAX (937) 864-2312
dmh@enonlaw.net